IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUSITA AGUIRRE,

    Plaintiff,

v.                                                               Civ. No. 18-153 DHU/GBW

ATRIUM MEDICAL CORP., *et al.*,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Response to the June 15, 2022[,] Order to Show Cause. *See doc. 103*. On June 15, 2022, the Court vacated the settlement conference set for June 22, 2022, due to deficiencies in Plaintiff's settlement conference submissions and ordered Plaintiff to show cause for these deficiencies. *See doc. 102* at 2. In her response filed on June 21, 2022, and during a status conference the following day, Plaintiff attributed these deficiencies to her counsel not understanding the Court's expectations for the content of her settlement conference submissions and needing additional time to complete some document review to produce submissions that met the Court's clarified expectations. *See doc. 103* at 5; *doc. 104* at 2. Accordingly, the Court FINDS that Plaintiff has shown good cause for her deficient settlement conference submissions and QUASHES its Order to Show Cause (*doc. 102*). IT IS HEREBY ORDERED that the Court's Order to Show Cause (*doc. 102*) is QUASHED.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE